IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MICHAEL STINSON,** *et al.,*
*on behalf of themselves and all*
*individuals similarly situated,*

      **Plaintiffs,**

v.                                                            Civil Action No. 3:18cv676

**HAYNES INVESTMENTS,
LLC,** *et al.,*

      **Defendants.**

## ORDER

For the reasons stated in the attached Memorandum Opinion, the Court:

(1)    DENIES Defendants' Motion to Transfer, (ECF No. 61);

(2)    DENIES Sequoia's Motion to Dismiss, (ECF No. 63);

(3)    GRANTS in part and DENIES in part Sequoia's Motion to Compel Arbitration, (ECF No. 65);

(4)    DENIES the 7HBF and Shaper Defendants' Motion to Compel Arbitration, (ECF No. 59);

(5)    DENIES the 7HBF Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, (ECF No. 53);

(6)    DENIES the 7HBF Defendants' Motion to Dismiss for Failure to State a Claim, (ECF No. 54);

(7)    DENIES the Shaper Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, (ECF No. 56);

(8)    DENIES the Shaper Defendants' Motion to Dismiss for Failure to State a Claim, (ECF No. 57);

(9)    GRANTS Plaintiffs' First Motion for Leave to File Supplemental Authority, (ECF No. 101); and,

(10) GRANTS Plaintiffs' Second Motion for Leave to File Supplemental Authority, (ECF No. 110).

The Court DIRECTS the Clerk to update the docket to reflect "Mike Stinson's" name as "Michael Stinson."

By October 15, 2019, Defendants SHALL file an Answer.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: September 30, 2019
Richmond, Virginia