IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DARLENE GIBBS, *et al.*,
*on behalf of themselves and all individuals similarly situated*,

    Plaintiffs,

v.                                                           Civil Action No. 3:18cv676

MICHAEL STINSON, *et al.*,

    Defendants.

## ORDER

For the reasons to be stated in the forthcoming Memorandum Opinion, the Court GRANTS the Motion for Class Certification. (ECF No. 187.)

The Court CERTIFIES the following class:

> All individuals who resided in Virginia at the time he or she obtained any loan: (i) from Great Plains Lending, (ii) from Plain Green prior to June 1, 2016, or (iii) from MobiLoans prior to May 6, 2017, who made any payment on the loan.

The Court APPOINTS Plaintiffs' Counsel of Record as Class Counsel and Named Plaintiffs Stephanie Edwards, Darlene Gibbs, George Hengle, Patrick Inscho, Lawrence Mwethuku, Tamara Price, and Lula Williams as Class Representatives.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

                                                                    /s/
                                                M. Hannah Lauck
                                               United States District Judge

Date: 9-30-21
Richmond, Virginia