IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DARLENE GIBBS, *et al., on behalf of themselves and all individuals similarly situated*

       Plaintiffs,

v.                                           Civil Action No. 3:18-cv-676 (MHL)

MIKE STINSON, *et al.,*

       Defendants.

DARLENE GIBBS, *et al.*, *on behalf of themselves and all individuals similarly situated*,

       Plaintiffs,

v.                                           Civil Action No: 3:20-cv-632 (MHL)

ELEVATE CREDIT, INC.,

       Defendant.

**PLAINTIFFS' MOTION FOR ATTORNEY'S FEES, COSTS, AND CLASS REPRESENTATIVE SERVICE AWARD**

    Plaintiffs, under Federal Rules of Civil Procedure 23(h) and 54(d)(2), move the Court for their attorney's fees, costs, and a service award under the Class Action Settlement Agreement for the reasons supplied in the accompanying memorandum of law.

                                                  Respectfully submitted,
                                                  **PLAINTIFFS**

                                                  By:    */s/ Kristi C. Kelly*
                                                  Kristi C. Kelly, VSB #72791
                                                  Andrew J. Guzzo, VSB #82170
                                                  Casey S. Nash, VSB #84261

1

J. Patrick McNichol, VSB #92699
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com

Leonard A. Bennett, VSB #37523
Craig C. Marchiando, VSB #89736
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA  23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email:  lenbennett@clalegal.com
Email: craig@clalegal.com

Anna C. Haac (*pro hac vice*)
TYCKO & ZAVAREEI LLP
1828 L Street, NW, Suite 1000
Washington, DC. 20036
(202) 973-0900
(202) 973-0950 Facsimile
Email: ahaac@tzlegal.com

*Counsel for Plaintiffs*