FILED: September 6, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 22-1017
(3:18-cv-00676-MHL)
(3:18-cv-00048-MHL)

---

DARLENE GIBBS; STEPHANIE EDWARDS; GEORGE HENGLE; PATRICK INSCHO; LAWRENCE MWETHUKU; LULA WILLIAMS

Plaintiffs - Appellees

v.

MICHAEL STINSON; LINDA STINSON; 7HBF NO. 2 LTD.; STEPHEN J. SHAPER; L. STEPHEN HAYNES; HAYNES INVESTMENTS, LLC; SOVEREIGN BUSINESS SOLUTIONS, LLC

Defendants - Appellants

---

O R D E R

---

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk